BRESSLER v. FREEMAN

———

(January 30, 1928. Opinion and Decree.)

———

(*Syllabus by the Court*)

1. **Louisiana Digest—Appeal—Par. 625.**
The finding of the trial court on matters of fact is amended when clearly erroneous as to amount of judgment.

Appeal from First City Court, Section "B", Hon. Val. J. Stentz, Judge.

Action by Max A. Bressler against Abraham D. Freeman.

There was judgment for defendant and plaintiff appealed.

Judgment amended and affirmed.

Weiner & Roos of New Orleans, attorneys for plaintiff, appellee.

Carbajal, Guidan & De Reyna, of New Orleans, attorneys for defendant, appellant.

WESTERFIELD, J. This is a suit by a landlord against his tenant for alleged damages to the leased premises during the tenancy. The lower court allowed $143.45.

The lengthy record, which we have been obliged to read, does not indicate manifest error in the judgment appealed from. It

appears, however, that the court overlooked a stipulation in the lease calling for 10% attorney's fees in the event of suit. The amount allowed must be increased by $14.35 and, as thus amended, the judgment is affirmed.